# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

ROBERT TRIVEIL TURNER,

      Petitioner,

   v.

WARDEN, FCI JESUP,

      Respondent.

2:25-cv-86

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Respondent's Motion to Dismiss and to dismiss without prejudice Petitioner Robert Turner's ("Turner") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus.  Dkt. No. 10. Turner did not file Objections to this Report and Recommendation, and the time to do so has elapsed.  In fact, this Court's mailing was returned as undeliverable, with the notation: "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 12 at 8.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court.  See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation

is clear error."). I **GRANT as unopposed** Respondent's Motion to Dismiss and **DISMISS without prejudice** Turner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow this Court's Orders and Local Rules. Dkt. Nos. 1, 6. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Turner *in forma pauperis* status on appeal.

    **SO ORDERED**, this __3__ day of November, 2025.

                                    _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA